# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA

**NOTICE OF ERRORS AND/OR DEFICIENCIES IN DOCUMENTS FILED IN CM/ECF**

**DATE:**                  **CASE #:**

**CASE TITLE:**

**DOCUMENT #:**        **DOCUMENT TITLE:**

**One of the following errors/deficiencies has been identified in the document listed above:**

- ❏ Document e-filed in the wrong case

- ❏ Document linked to incorrect document

- ❏ Incorrect document type selected (PDF document and event do not match)

- ❏ Document is not signed

- ❏ Proposed Order is attached incorrectly (should be filed as an attachment to the main document being e-filed)

- ❏ Certificate of Service is missing

- ❏ Certification regarding two or more signatures is missing (see page 10 of *Administrative Procedures for Electronic Filing*)

- ❏ Discovery documents, including disclosures under FRCP 26(a)(1) and (2), discovery requests and responses, and certificates of service of discovery, are not to be filed unless accompanied by a Certificate of Need to File Discovery.  Depositions are not to be filed electronically i/a/w Local Rule 5.1 and *Administrative Procedures for Electronic Filing*.

- ❏ Other:

*(Continued)*

**CORRECTIVE ACTION TAKEN BY THE CLERK'S OFFICE**

❏ Docket entry has been corrected

❏ Other:

**CORRECTIVE ACTION REQUIRED BY THE FILER**

❏ Document must be re-filed

❏ Amended document must be filed (and re-noticed) if applicable

❏ No further action required by the filer

❏ E-mail proposed order in word processing format to the appropriate division Clerk's Office mailbox via the court's internet site (www.gamd.uscourts.gov).  On CM/ECF page, select Submit Documents, Submit a Proposed Order

❏ Other:

Gregory J. Leonard, Clerk

By: s/_____
          Deputy Clerk