# MINUTE SHEET
## UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Judge: G. MALLON FAIRCLOTH |
| v. | AUSA: JOHN LYNCH |
| | USPO: BILLY JOHNSTON |
| BRIAN TYRONE PLEASANT | Def Atty: SHEVON SUTCLIFFE THOMAS |
| Case Number: 4:06-mj-73-001 (GMF) | ☐ Appointed ☒ Retained ☐ Waived for IA |
| Courtroom Deputy: Timothy L. Frost | Date of Hearing: 06/06/2006 |
| Court Reporter: Not Used | Date of Arrest: 06/05/2006 |
| Tape No.: 060606GMF | Interpreter: None Used |

☒ Initial Appearance on: ☐ Indictment ☐ Information ☐ Revocation Hearing ☐ Complaint
☐ Arraignment ☐ Preliminary Examination ☒ Bond/Detention Hearing ☒ Removal Hearing

**INITIAL APPEARANCE/ARRAIGNMENT**
☐ At the time of arraignment
☐ Deft's attorney present
☐ Deft advised of charges and max penalties
☐ Deft advised of rights (Rule 11, FRCrP)
☐ Deft waived reading of the charges and pleaded NOT GUILTY in writing
☐ Deft. advised of Rule 20 (FRCr.P)
☐ Standard Pretrial Order given to Deft.'s Atty.
☐ Notice of court policy on retained attorneys given to Deft.'s Atty.
☐ Deft. refused to enter plea; NOT GUILTY plea entered by Court

Court Time (MJSTAR):

**BOND/DETENTION**
☒ Government motion for detention:
☒ Granted ☐ Denied ☐ Order to follow
☐ Bond set at $
 ☐ Own Recognizance ☐ Unsecured
 ☐ Fully Secured ☐ Secured by ____ %
Conditions of Release:
☐ Standard Conditions ☐ No Firearms
☐ Bond Supervision ☐ Drug/Alcohol Testing
☐ House Arrest ☐ Electronic Monitoring
☐ Surrender Passport ☐ Not to Obtain Passport
☐ Travel restricted to :
☐ Other:

Court Time (MJSTAR): 10 minutes

**REMOVAL HEARING**
☐ Deft. waived removal hearing ☐ Identity Only
☒ Identity established
☐ Identify NOT established
☐ Deft. requested hearing is prosecution district
☐ Deft. requested hearing is this district
☒ Preliminary hearing waived
☐ Deft. advised of Rule 20 (FRCrP)
☐ No preliminary hearing required
☒ Deft. ORDERED removed to: Eastern District of California
☐ Subject to satisfying conditions of release
☐ Removal DENIED

Court Time: (MJSTAR): 15 minutes

**EXHIBITS**
☐ In Vault ☐ Attached ☐ Rtd to Atty

| Govt/Deft | Ex. No. | Description |
|---|---|---|
| | | |

**NOTES/OTHER COMMENTS**