UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
MIDDLE DISTRICT OF GEORGIA
120 TWELFTH STREET
P.O. BOX 124
COLUMBUS, GEORGIA 31902-0124

GREGORY J. LEONARD, Clerk
Telephone: (706) 649-7816
Facsimile: (706) 649-7790

OFFICES
ALBANY 31701
ATHENS 30601
COLUMBUS 31902
MACON 31202
THOMASVILLE 31792
VALDOSTA 31601

June 6, 2006

Clerk, U.S. District Court
Robert T. Matsui U.S. Courthouse
Suite 4-200
501 I Street
Sacramento, CA 95814-7300



FILED

JUN - 9 2006

CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Re:  U.S.A. v. Pleasant
     Our Case No. 4:06-mj-73 (GMF)
     Your Case No. 2-06-mj-148

Dear Sir or Madam:

Pursuant to Rule 5 of the Federal Rules of Criminal Procedure, please find enclosed a copy of the entire case file, docket sheet, and commitment to another district.

Please acknowledge receipt of these documents upon the enclosed copy of this letter.

Sincerely,

Gregory J. Leonard, Clerk


S/ Timothy L. Frost
Deputy Clerk

cc:  Probation Office

---

Receipt of the above-described documents is hereby acknowledged.

Clerk, U.S. District Court

Date: _____     By: _____
                              Deputy Clerk

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
MIDDLE DISTRICT OF GEORGIA
120 TWELFTH STREET
P.O. BOX 124
COLUMBUS, GEORGIA 31902-0124

GREGORY J. LEONARD, Clerk
Telephone: (706) 649-7816
Facsimile: (706) 649-7790

OFFICES
ALBANY 31701
ATHENS 30601
COLUMBUS 31902
MACON 31202
THOMASVILLE 31792
VALDOSTA 31601

June 6, 2006

Clerk, U.S. District Court
Robert T. Matsui U.S. Courthouse
Suite 4-200
501 I Street
Sacramento, CA 95814-7300

**RECEIVED**
JUN - 9 2006
CLERK, U.S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY

Re:   U.S.A. v. Pleasant
      Our Case No. 4:06-mj-73 (GMF)
      Your Case No. 2-06-mj-148

Dear Sir or Madam:

Pursuant to Rule 5 of the Federal Rules of Criminal Procedure, please find enclosed a copy of the entire case file, docket sheet, and commitment to another district.

Please acknowledge receipt of these documents upon the enclosed copy of this letter.

Sincerely,

Gregory J. Leonard, Clerk


S/ Timothy L. Frost
Deputy Clerk

cc:   Probation Office

---

Receipt of the above-described documents is hereby acknowledged.

Clerk, U.S. District Court

Date: _____       By: _M. Cooper_____
                        Deputy Clerk